JAMES D. McCAULEY, Appellant, *v.* GEORGIA RAILROAD
BANK, Respondent.

(Submitted June 20, 1927; decided June 21, 1927.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements.   (See 245 N. Y.
245.)

HERBERT SMALL, Suing on Behalf of Himself and All
Other Bondholders and Creditors Similarly Situated,
Plaintiff, Appellant and Respondent, *v.* FRANCIS DeC.
SULLIVAN and Others, Defendants, Appellants and
Respondents.

(Submitted June 20, 1927; decided June 21, 1927.)

Motion for reargument denied, with ten dollars costs
and necessary printing disbursements.   (See 245 N. Y.
344.)

NELLIE T. McAVOY, Appellant, *v.* SIDNEY C. SCHRAMME
and Another, Respondents.

INWOOD LAND AND IMPROVEMENT COMPANY, INC., and
the CITY OF NEW YORK, Defendants.

(Submitted June 20, 1927; decided June 21, 1927.)

Motion to amend remittitur denied, with ten dollars
costs.   (See 245 N. Y. 575.)